IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY LEE NICHOLS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                    CASE NO. 1D15-417

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 6, 2015.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Jerry Lee Nichols, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.